**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **CHARLIE PHILLIPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **1:12-cv-1200-WSD-LTW** |
| ) | |
| **THE MONEY TREE OF GEORGIA,** ) | |
| **INC.,** ) | |
| **Defendant.** ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW S. Gregory Hays, Bankruptcy Trustee for The Money Tree of Georgia, Inc., and states as follows:

1.      On or about December 10, 2011, Defendant filed a Voluntary Petition in the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Chapter 11 Case number 11-12258.

2.      Subsequently, Defendant's Bankruptcy case was consolidated with several other entities under Chapter 11 Bankruptcy Case number 11-12254, in the name of Small Loans, Inc.

3.      Further action against the above named Defendant is stayed by operation of 11 U.S.C. §362.

Dated this  28th   day of  August , 2012.

 /s/ James C. Huckaby, Jr.            .
James C. Huckaby, Jr.
Daniel D. Sparks
Attorneys for S. Gregory Hays,
Chapter Bankruptcy Trustee
for The Money Tree of Georgia, Inc.

Of Counsel:
Christian & Small LLP
1800 Financial Center
505 N. 20th Street
Birmingham, AL 35203
(205) 795-6588

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing upon the parties listed below, either via the Court's electronic system or via the U.S. Mail, properly addressed and postage paid, this the  28th  day of  August , 2012.

/s/ James C. Huckaby, Jr.            .
James C. Huckaby, Jr.

Ralph Goldberg
Attorney for Charlie Phillips
755 Commerce Drive
Suite 600
Decatur, GA 30030